UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

DR. JOSEPH F. PEDRI on behalf of JP, a
minor, and MP, a minor,

                                       Plaintiff,

- against -

PATROL OFFICER JAMES CENTENO,

                                       Defendant.

- - - - - - - - - - - - - - - - - - -X

ORDER

CV 2005-2778 (KAM)(MDG)

     In light of the stipulation that the parties entered on the record before Magistrate Judge Marilyn Go at a conference on December 10, 2008, this action is hereby discontinued, with prejudice and without costs to any party, but with leave to re-open by plaintiff by December 10, 2009 if he is granted permanent custody of the two infant plaintiffs by the Family Court.

     This order does not affect the right, if any, of the infant plaintiffs to commence an action upon reaching the age of 18 nor shall entry into the stipulation constitute a waiver by defendant James Centeno to assertion of any affirmative defenses he may have on statute of limitations or other grounds.

     **SO ORDERED.**

Dated:    Brooklyn, New York
            December 16, 2008

/s/ _____
KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Copy to:

Jeanne M. Cardieri
402 Applegate Court
Brooklyn, NY 11223